UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE YOUNG,

    Plaintiff,

v.

                        CASE NO.:  8:17-cv-00438-JDW-TGW

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Katherine Young, and Defendant, Ocwen Loan Servicing, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of October, 2017

| | |
|---|---|
| /s/ Jared M. Lee | /s/ Abigail M. Lyle |
| Jared M. Lee, Esquire | Abigail M. Lyle, FBN 41384 |
| Florida Bar No.: 0052284 | 1111 Brickell Avenue, Suite 2500 |
| Morgan & Morgan, Tampa, P.A. | Miami, Florida 33131 |
| 20 N. Orange Ave., Ste. 1600 | Telephone: (305) 810-2500 |
| Orlando, FL 32801 | Facsimile: (305) 810-2460 |
| Tele: (407) 420-1414 | Email: alyle@hunton.com |
| Fax: (407) 245-3485 | |
| Email: JLee@ForThePeople.com | Aliza Pescovitz Malouf |
| MHoilett@ForThePeople.com | *(Admitted Pro Hac Vice)* |
| *Counsel for Plaintiff* | Hunton & William LLP |
| | Fountain Place |
| | 1445 Ross Avenue, Suite 3700 |
| | Dallas, Texas 75202 |
| | Telephone: (214) 979-8229 |

Facsimile: (214) 740-7157
Email: AMalouf@hunton.com

*Counsel for Ocwen Loan Servicing, LLC*